AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

United States of America
v.

Leonard Moton

Defendant

Case No. 1:12-cv-12241-IT

Case: 1:23-mj-00030
Assigned to: Judge Meriweather, Robin M.
Assign Date: 2/3/2022
Description: ARREST RULE(5)

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Leonard Moton

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☒ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Violation of Condition(s) of Supervised Release. Order/Petition attached.

Date: 12/08/2022

*Issuing officer's signature*

City and state: Boston, MA

U.S.D.J. Indira Talwani
*Printed name and title*

### Return

This warrant was received on *(date)* 1/10/23 at *(city and state)* Washington, DC, and the person was arrested on *(date)* 2/3/23

Date: 2/3/23

*Arresting officer's signature*

Ryan Owens DUSM
*Printed name and title*

U.S. MARSHAL-DC AM7:23
RECEIVED JAN 10'23